CLEMENT AND HO,
A Professional Law Corporation
RANDALL J. CLEMENT, Cal. Bar No. 193443
1440 N. Harbor Boulevard, Suite 900
Fullerton, California 92835
Telephone: (714) 449-8440
Facsimile: (714) 449-8441
randy@clementandholaw.com

Attorneys for Plaintiff OAKLEY, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CELS ENTERPRISES, INC., dba Chinese Laundry, a California Corporation, and ROBERT GOLDMAN, an individual,<br><br>　　　　　　Defendants. | Case No. SACV09-864 CJC (ANx)<br><br>The Honorable Cormac J. Carney, Presiding<br><br>**[PROPOSED] ORDER FOR DISMISSAL** |

## **ORDER**

　　This case has come before this Court, upon the pleadings, and it has been represented to the Court that Plaintiff Oakley, Inc. and Defendants Cels Enterprises, Inc., d/b/a Chinese Laundry, and Robert Goldman have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties.  Therefore, on the consent of the parties and their attorneys, and good cause having been shown,

1  **IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED:**

2  That all respective claims and defenses of Plaintiff Oakley, Inc. and
3  Defendants Cels Enterprises, Inc., d/b/a Chinese Laundry, and Robert Goldman in
4  the above-captioned action are dismissed with prejudice.

6  Dated: 3/14/11  _____ /s/ Cormac J. Carney

7  HON. CORMAC J. CARNEY
8  UNITED STATES DISTRICT COURT JUDGE

-2-
ORDER FOR DISMISSAL